NO. 12-08-00037-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS



LISA C. MCDONALD, INDIVIDUALLY

AND AS ADMINISTRATOR OF THE

ESTATE OF ROBERT M. MCDONALD,
§
 APPEAL FROM THE 273RD

DECEASED, 

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


FARMERS STATE BANK,

APPELLEE
§
 SHELBY COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 Appellant and Appellee have filed a joint motion to dismiss this appeal. In their motion, the
parties state that they have reached a resolution of this dispute and no longer wish to pursue the
appeal. Because the parties have met the requirements of Texas Rule of Appellate Procedure
42.1(a)(1), the motion is granted, and the appeal is dismissed. 

Opinion delivered December 10, 2008.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.











(PUBLISH)